474 A.2d 697

Commonwealth v. Telthorster, Appellant.

Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Submitted April 12, 1984. Donald R. Marsh, for appellant; Gregory Allen Olson, District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.